UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X



VLADIMIR GUSINSKY, TRUSTEE FOR
THE VLADIMIR GUSINSKY LIVING
TRUST, Individually And On Behalf Of All
Others Similarly Situated,

                Plaintiff,

            - against -

BARCLAYS PLC, BARCLAYS BANK PLC,
BARCLAYS CAPITAL INC., ROBERT
DIAMOND, and MARCUS A P AIGIS,

               Defendants.

------------------------------------------------------------- X

**ORDER APPOINTING
LEAD PLAINTIFF**

**12 Civ. 5329 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      Four parties initially moved pursuant to the Private Securities

Litigation Reform Act of 1995 (the "PSLRA"), 15 U.S.C. § 78u-4(a)(3)(B), for

appointment as lead plaintiff in the above-captioned case.[1]  In light of the

---

[1]      Movants were: (1) Vladimir Gusinsky, Trustee, for the Vladimir
Gusinsky Living Trust and Abdulla Investment Group (Docket # 20); (2)
Carpenters Pension Trust Fund of St. Louis and St. Clair Shores Police & Fire
Retirement System ("St. Louis Carpenters and St. Clair Shores") (Docket # 23); (3)
Armon Benny (Docket # 26); and the Pompano Beach Police & Firefighter's
Retirement System (Docket #29).

recognition by all remaining movants[2] that St. Louis Carpenters and St. Clair Shores are the "most adequate plaintiff," *i.e.*, the movant that "has the largest financial interest in the relief sought by the class" and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of *Civil Procedure*" as required by the PSLRA,[3] the Court ORDERS as follows:

1. The Motion of St. Louis Carpenters and St. Clair Shores is GRANTED;

2. The Court, having considered the provisions of the PSLRA, 15 U.S.C. §78u-4(a)(3)(B), appoints St. Louis Carpenters and St. Clair Shores as Lead Plaintiff; and

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Robbins Geller Rudman & Dowd LLP is approved as Lead Counsel for the class.

4. The Clerk of the Court is directed to close all motions relating to the appointment of lead plaintiff (Docket #s 20, 23, 26, 29).

---

[2] Benny formally withdrew his motion on September 27, 2012. *See* Notice of Withdrawal of Armon Benny's Motion for Appointment as Lead Plaintiff and for Approval of Lead Counsel at 1 (Docket # 40).

[3] 15 U.S.C. §78u-4(a)(3)(B)(iii)(I). *See* Response Memorandum of Law by Movants' Vladimir Gusinsky, Trustee, for the Vladimir Gusinsky Living Trust and Abdulla Investment Group Concerning Their Lead Plaintiff Motion at 1 (Docket # 41); Response of Movant Pompano Beach Police & Firefighters' Retirement System to Competing Motions for Appointment as Lead Plaintiff at 1 (Docket # 42).

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:       October 1, 2012
             New York, New York

## - Appearances -

**For Plaintiff Vladimir Gusinsky, Trustee, for the Vladimir Gusinsky Living Trust and Abdulla Investment Group:**

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP
Daniel W. Krasner, Esq.
Gregory Mark Nespole, Esq.
Robert B. Weintraub, Esq.
Martin E. Restituyo, Esq.
270 Madison Avenue
New York, New York 10016
(212) 545-4600

Richard A. Maniskas, Esq.
Katharine M. Ryan, Esq.
995 Old Eagle School Road, Suite 311
Wayne, Pennsylvania 19087
(484) 588-5516

**For Movant Pompano Beach Police & Firefighters' Retirement System:**

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko, Esq.
Jennifer Traystman, Esq.
16 West 46th Street
New York, New York 10036
(212) 490 9550

**For Movant Armon Benny:**

LAW OFFICES OF CURTIS V. TRINKO, LLP
Curtis V. Trinko, Esq. (See above for address)

**For Movant Carpenters Pension Trust Fund of St. Louis and St. Clair Shores Police & Fire Retirement System**

ROBBINS GELLER RUDMAN & DOWD LLP

David Avi Rosenfeld, Esq.
Samuel Howard Rudman, Esq.
58 South Service Road Suite 200
Melville, NY 11747
631-367-7100

**For Defendants Barclays PLC, Barclays Bank PLC and Barclays Capital, Inc.:**

SULLIVAN & CROMWELL LLP
David H. Braff, Esq.
Jeffrey T. Scott, Esq.
Matthew S. Fitzwater, Esq.
125 Broad Street
New York, New York 10004
(212) 558-4000

**For Defendant Robert Diamond:**

DECHERT LLP
Andrew J. Levander, Esq.
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500

Cheryl A. Krause
Circa Centre
2929 Arch Street
Philadelphia, Pennsylvania 19104
(215) 994-4000