UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARPENTERS PENSION TRUST FUND OF ST. LOUIS, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>   vs.<br><br>BARCLAYS PLC, et al.,<br><br>                  Defendants. | Civil Action No. 1:12-cv-05329-SAS<br><br><u>CLASS ACTION</u><br><br>CLASS REPRESENTATIVES' NOTICE OF MOTION AND UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT |

TO:    ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that, upon the accompanying memorandum of law, the Stipulation of Settlement with exhibits, and all prior pleadings and proceedings had herein, Class Representatives Carpenters Pension Trust Fund of St. Louis and St. Clair Shores Police & Fire Retirement System, by and through their attorneys, hereby move the Court, before the Honorable Shira A. Scheindlin, United States District Judge for the Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007, for entry of the [Proposed] Order Preliminarily Approving Settlement and Providing for Notice, agreed upon by all parties: (1) granting preliminary approval of the proposed settlement; (2) approving the form and manner of giving notice of the proposed settlement to the Class; and (3) setting a hearing date for final approval thereof, and a schedule for various deadlines relevant thereto.

1094108_1

| | |
|---|---|
| DATED:  November 24, 2015 | Respectfully submitted,<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>SAMUEL H. RUDMAN<br>DAVID A. ROSENFELD<br>MICHAEL G. CAPECI<br><br>             s/ David A. Rosenfeld            <br>            DAVID A. ROSENFELD<br><br>58 South Service Road, Suite 200<br>Melville, NY  11747<br>Telephone:  631/367-7100<br>631/367-1173 (fax)<br>srudman@rgrdlaw.com<br>drosenfeld@rgrdlaw.com<br>mcapeci@rgrdlaw.com<br><br>ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>JEFFREY D. LIGHT<br>655 West Broadway, Suite 1900<br>San Diego, CA  92101-8498<br>Telephone:  619/231-1058<br>619/231-7423 (fax)<br>jeffl@rgrdlaw.com<br><br>*Lead Counsel for the Class Representatives and the Class*<br><br>SAXENA WHITE P.A.<br>MAYA SAXENA<br>JOSEPH E. WHITE<br>LESTER R. HOOKER<br>5200 Town Center Circle, Suite 601<br>Boca Raton, FL  33486<br>Telephone:  561/394-3399<br>561/394-3382 (fax)<br>msaxena@saxenawhite.com<br>jwhite@saxenawhite.com<br>lhooker@saxenawhite.com<br><br>*Additional Counsel for the Class Representatives* |

1094108_1

CERTIFICATE OF SERVICE

I hereby certify that on November 24, 2015, I caused the foregoing Class Representatives' Notice of Motion and Unopposed Motion for Preliminary Approval of Settlement to be served electronically on all ECF participants.

                                                s/ David A. Rosenfeld
                                                DAVID A. ROSENFELD