UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| CARPENTERS PENSION TRUST FUND OF ST. LOUIS, et al., Individually and on Behalf of All Others Similarly Situated,<br><br>                      Plaintiffs,<br><br>   vs.<br><br>BARCLAYS PLC, et al.,<br><br>                      Defendants. | Civil Action No. 1:12-cv-05329-SAS<br><br>CLASS ACTION<br><br>CLASS REPRESENTATIVES' NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS |

TO:     ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that Class Representatives Carpenters Pension Trust Fund of St. Louis and St. Clair Shores Police & Fire Retirement System, on behalf of the Class, through counsel, will move this Court on March 14, 2016, at 4:30 p.m., before the Honorable Shira A. Scheindlin, for entry of orders and judgments, pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) granting final approval of the settlement; and (2) approving the proposed Plan of Allocation of settlement proceeds.  This motion is based on: (i) the Memorandum of Law in Support of Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds; (ii) the Declaration of David A. Rosenfeld in Support of Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds and Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses; (iii) the Declaration of Carole K. Sylvester; (iv) the Stipulation of Settlement; and (v) all other proceedings herein.

1116223_1

Proposed orders will be submitted with Class Representatives' reply submission on or before February 29, 2016.

DATED:  February 8, 2016

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
MICHAEL CAPECI

s/ David A. Rosenfeld
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
mcapeci@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
JEFFREY D. LIGHT
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)
jeffl@rgrdlaw.com

*Lead Counsel for the Class Representatives and the Class*

SAXENA WHITE P.A.
MAYA SAXENA
JOSEPH E. WHITE, III
LESTER R. HOOKER
5200 Town Center Circle, Suite 601
Boca Raton, FL  33486
Telephone:  561/394-3399
561/394-3382 (fax)
msaxena@saxenawhite.com
jwhite@saxenawhite.com
lhooker@saxenawhite.com

*Additional Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 8, 2016, I caused the foregoing Class Representatives' Notice of Motion and Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds to be served electronically on all ECF participants.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

1116223_1