**ROBBINS GELLER RUDMAN & DOWD LLP**

| Atlanta | Chicago | Melville | Philadelphia | San Francisco |
| Boca Raton | Manhattan | Nashville | San Diego | Washington, DC |

David A. Rosenfeld
drosenfeld@rgrdlaw.com

February 8, 2016

<u>VIA ECF AND EMAIL</u>

The Honorable Shira A. Scheindlin
United States District Court
Southern District of New York
500 Pearl Street
New York, NY  10007-1312

Re:   *Carpenters Pension Trust Fund of St. Louis v. Barclays PLC, et al.*
        12-cv-05329-SAS

Dear Judge Scheindlin:

We represent Class Representatives Carpenters Pension Trust Fund of St. Louis and St. Clair Shores Police & Fire Retirement System ("Class Representatives") in the above-referenced matter and write to provide the Court with a correction to a prior submission. During the preparation of Class Representatives' submissions in support of final approval of the settlement, we discovered that an error had been made in my letter to the Court dated December 3, 2015. Specifically, the reported damages figure was inadvertently transposed and instead of listing the Class' estimated recoverable damages at the correct amount of $67.3 million, I mistakenly wrote $63.7 million. The description of the settlement being approximately 20% of the damages, however, was accurate. I apologize for the error.

Respectfully submitted,

s/ David A. Rosenfeld

DAVID A. ROSENFELD

DAR:dss

cc:  All Counsel of Record (via ECF)