USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

————————————————— x

CARPENTERS PENSION TRUST FUND OF :   Civil Action No. 1:12-cv-05329-SAS
ST. LOUIS, et al., Individually and on Behalf :
of All Others Similarly Situated,         :   CLASS ACTION

             Plaintiffs,    :   [PROPOSED] FINAL JUDGMENT AND
                            :   ORDER OF DISMISSAL WITH PREJUDICE

    vs.                    :

BARCLAYS PLC, et al.,       :

             Defendants.   :

————————————————— x

1122951_1

This matter came before the Court pursuant to the Order Preliminarily Approving Settlement and Providing for Notice ("Order") dated December 4, 2015, on the application of the parties for approval of the Settlement set forth in the Stipulation of Settlement dated as of November 24, 2015 (the "Stipulation"). Due and adequate notice having been given to the Class as required in said Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.      This Judgment incorporates by reference the definitions in the Stipulation, and all capitalized terms used herein shall have the same meanings as set forth in the Stipulation annexed as Exhibit 1 hereto, unless otherwise set forth herein.

2.      This Court has jurisdiction over the subject matter of the Litigation and over all parties to the Litigation, including all Class Members.

3.      Pursuant to Federal Rule of Civil Procedure 23, the Court hereby approves the Settlement set forth in the Stipulation and finds that:

(a)     said Stipulation and the Settlement contained therein, are, in all respects, fair, reasonable, and adequate and in the best interest of the Class;

(b)     there was no collusion in connection with the Stipulation;

(c)     the Stipulation was the product of informed, arm's-length negotiations among competent, able counsel; and

(d)     the record is sufficiently developed and complete to have enabled the Class Representatives and Defendants to have adequately evaluated and considered their positions.

4.      Accordingly, the Court authorizes and directs implementation and performance of all the terms and provisions of the Stipulation, as well as the terms and provisions hereof. Except as to

- 1 -

any individual claim of those Persons (identified in Exhibit 2 attached hereto) who this Court finds to have validly and timely requested exclusion from the Class in accordance with the prior Order of this Court, the Court hereby dismisses the Litigation and all Released Claims of the Class with prejudice. The Settling Parties are to bear their own costs, except as and to the extent provided in the Stipulation and herein.

   5. Upon the Effective Date, the Class Representatives shall, and each of the Class Members shall be deemed to have, and by operation of this Judgment shall have, fully, finally, and forever released, relinquished, and discharged all Released Claims against the Released Persons, whether or not such Class Member executes and delivers the Proof of Claim and Release or shares in the Settlement Fund. Claims to enforce the terms of the Stipulation are not released.

   6. Upon the Effective Date, all Class Members, and anyone claiming through or on behalf of any of them, will be forever barred and enjoined from commencing, instituting, prosecuting or continuing to prosecute any action or other proceeding in any court of law or equity, arbitration tribunal, administrative forum, or any other forum, asserting the Released Claims against any of the Released Persons.

   7. Upon the Effective Date, each of the Released Persons shall be deemed to have, and by operation of the Judgment shall have, fully, finally, and forever released, relinquished, and discharged the Class Representatives, each and all of the Class Members, and Class Representatives' counsel, including Lead Counsel, from all Defendants' Claims. Defendants' Claims do not include claims to enforce the terms of the Stipulation or any order of the Court in the Litigation.

   8. The Notice of Proposed Settlement of Class Action given to the Class was the best notice practicable under the circumstances, including the individual notice to all Class Members who or which could be identified through reasonable effort along with publication of the Summary

Notice.    Said notice provided the best notice practicable under the circumstances of those proceedings and of the matters set forth therein, including the proposed Settlement set forth in the Stipulation, to all Persons entitled to such notice, and said notice fully satisfied the requirements of Federal Rule of Civil Procedure 23 and the requirements of due process.

9.    Any Plan of Allocation submitted by Lead Counsel or any order entered regarding any attorneys' fee and expense application shall in no way disturb or affect this Judgment and shall be considered separate from this Judgment.

10.    Neither the Stipulation nor the Settlement contained therein, nor any act performed or document executed pursuant to or in furtherance of the Stipulation or the Settlement: (i) is or may be deemed to be or may be used as an admission of, or evidence of, the validity of any Released Claim, or of any wrongdoing or liability of Defendants or their respective Related Parties; (ii) is or may be deemed to be or may be used as an admission of, or evidence of, any fault or omission of any of Defendants or their respective Related Parties in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal; or (iii) is or may be deemed to be or may be used as an admission, or evidence, that any claim asserted by the Class Representatives was not valid in any civil, criminal or administrative proceeding in any court, administrative agency or other tribunal.    Defendants and/or their respective Related Parties may file the Stipulation and/or this Judgment in any action that may be brought against them in order to support a defense or counterclaim based on principles of *res judicata*, collateral estoppel, release, good faith settlement, judgment bar or reduction, or any theory of claim preclusion or issue preclusion or similar defense or counterclaim.

11.    Without affecting the finality of this Judgment in any way, this Court hereby retains continuing jurisdiction over: (i) implementation of this Settlement and any award or distribution of

- 3 -

the Settlement Fund, including interest earned thereon; (ii) disposition of the Settlement Fund; (iii) hearing and determining applications for attorneys' fees, expenses, and interest in the Litigation; and (iv) all parties herein for the purpose of construing, enforcing, and administering the Stipulation.

12.     The Court finds that during the course of the Litigation, the Settling Parties and their respective counsel at all times complied with the requirements of Federal Rule of Civil Procedure 11.

13.     In the event that the Settlement is terminated as provided in the Stipulation, or the Effective Date otherwise does not occur, then this Judgment, and all orders entered and releases delivered in connection herewith, shall be vacated, rendered null and void to the extent provided by and in accordance with the Stipulation, and this Judgment shall be without prejudice to the rights of the Class Representatives, the other Class Members, and Defendants, and the Settling Parties shall revert to their respective positions in the Litigation as of September 17, 2015, as provided in the Stipulation.

14.     Without further order of the Court, the Settling Parties may agree to reasonable extensions of time to carry out any of the provisions of the Stipulation.

15.     The Court directs immediate entry of this Judgment by the Clerk of the Court.

IT IS SO ORDERED.

DATED: March 14, 2016

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

- 4 -

1122951_1



RECEIVED EC

- JAN 2 5 2016

CLAIMS CENTER

# Exclusion Cover Page

**Case Name:** Barclays PLC Securities Litigation

**Case Code:** BARCLAYS

**Exclusion Deadline:** February 22, 2016 (Postmark Date)

**Name of Person Filing Exclusion:** Brooke V. Thorley

# Brooke V. Thorley



**January 20, 2016**

**Barclays Securities Litigation**
**Claims Administrator**
**c/o Gilardi $ Co. LLC**
**PO Box 8040San Rafael, CA 94912-8040**

**Re: Trust Fund of St. Louis vs. Barclays, PLC**

**I wish to be be excluded from the Class action.**

**Sincerely yours,**

**Brooke V. Thorley**

Mr. & Mrs. Brooke V. Thorley

PROVIDENCE RI 028

21 JAN 2016 PM 5 L

BARCLAYS SECURITIES LITIGATION
CLAIMS ADMINISTRATOR
c/o GILARDI & CO. LLC
P. O. Box 8040
SAN RAFAEL, CA 94912-8040

94912804040

RECEIVED BC

JAN 25 2016

CLAIMS CENTER



RECEIVED **EC**

JAN 29 2016

CLAIMS CENTER

# Exclusion Cover Page

Case Name: Barclays PLC Securities Litigation

Case Code:  BARCLAYS

Exclusion Deadline: February 22, 2016 (Postmark Date)

Name of Person Filing Exclusion:   Lucy M. Floyd

**Official
Office
Use
Only**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*Carpenters Pension Trust Fund of
St. Louis v. Barclays PLC, et al.,*

Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y.)

**PROOF OF CLAIM AND RELEASE**

Please Type or Print in the Boxes Below
Do **NOT** use Red Ink, Pencil, or Staples

**Must Be Postmarked (If
Mailed) or Received (If Filed
Electronically) No Later
Than March 21, 2016**

**BARCLAYS**

*PLEASE Remove my name from
suit, as I do NOT participate in
any lawsuit*

---

**PART I: CLAIMANT IDENTIFICATION**

Last Name: `F L O Y D`    First Name: `M`  `L U C Y`

Last Name (Co-Beneficial Owner): `N O N E`    M.I.    First Name (Co-Beneficial Owner): `N O N E`

☒ IRA   ○ Joint Tenancy   ○ Employee   ○ Individual   ○ Other_____ (specify)

Company Name (Beneficial Owner – If Claimant is not an Individual) or Custodian Name if an IRA

Trustee/Asset Manager/Nominee/Record Owner's Name (If Different from Beneficial Owner Listed Above)

Account#/Fund# (Not Necessary for Individual Filers)

Last Four Digits of Social Security Number      **or**      Taxpayer Identification Number

Telephone Number (Primary Daytime) *withheld*      Telephone Number (Alternate)

Email Address   `NONE`

---

**MAILING INFORMATION**

Address

Address

City                State      Zip Code

Foreign Province          Foreign Postal Code          Foreign Country Name/Abbreviation

---

| FOR CLAIMS PROCESSING ONLY | OB | | CB | | ○ ATP ○ KT ○ ICI | ○ BE ○ DR ○ EM | ○ FL ○ ME ○ ND | ○ OP ○ RE ○ SH | | / | / | FOR CLAIMS PROCESSING ONLY |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

3



To: Barclays Securities Litigation

From: Lucy M. Floyd

Date: Jan. 25, 2016

As I have checked with T. D. Ameritrade and they let me know they did not provide to you any records regarding this issue, I would like for you to provide to me all records you have and the individual who provided you records.

Thank you for your time and efforts to this matter.

I had already informed Ameritrade I do not participate in class action lawsuits + therefore would like for you to provide to me those records

Place
Stamp
Here

RECEIVED *EC*

JAN 29 2016

CLAIMS CENTER

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

BARCLAYS



*BARCLAYS-
EXCL00003*

RECEIVED EC

FEB 0 1 2016

CLAIMS CENTER

# Exclusion Cover Page

Case Name: Barclays PLC Securities Litigation

Case Code:  BARCLAYS

Exclusion Deadline: February 22, 2016 (Postmark Date)

Name of Person Filing Exclusion:   Kate Song

To Whom It May Concern:

I, Kate Song, want to be excluded from the Class in Carpenters Pension Trust Fund of *St. Louis v. Barclays PLC*, Civil Action No. 1:12 - cv-05329-SAS (S.D.N.Y.).

Here's the requested information:

a) Kate Song

b) 

c) ▮▮▮▮▮

d) Bought 300 shares (200 shares on 3/16/2011 and 100 shares on 7/19/2011)

Sold 302.924 shares (after dividend payment in shares via DRIP) on 9/26/2011.

e) $18.029/share and $13.6482/share to buy

$9.4918 and $9.49/share to sell

f) 3/16/2011 and 7/19/2011 (purchase dates) and 9/26/2011 (sale date).

g) Copies of trade confirmations enclosed.    *Thank you!*

Sincerely,

*Kate Song*    1/23/16

Kate Song

Former BCS share holder

1

Trade Confirmations

Page 1 of 1

**TD AMERITRADE**

DIVISION OF TD AMERITRADE INC
PO BOX 2209
OMAHA, NE 68103-2209
**Confirmation Notice**



KATE SONG ROTH IRA
TD AMERITRADE INC CUSTODIAN

| Account Number | Other Information | Transaction Number 06943220398 | Capacity Codes 3 | Your Representative EE | | |
|---|---|---|---|---|---|---|
| Activity | Quantity | CUSIP Number | Price | Principal Amount | Fees | Sales Fee |
| YOU BOUGHT | 200 | 06738E204 | 18.029 | 3,605.80 | | |
| As of Trade Date | Trade Date 03/16/2011 | Settlement Date 03/21/2011 | Interest | Commission | Net Amount | |
| | | | | 9.99 | 3,615.79 | |
| Symbol BCS | BARCLAYS PLC ADR | | Trade Description | | | |

**THIS IS AN UNSOLICITED TRADE**

**Taking control of your retirement planning is easy. Roll over an old 401(k)/IRA to TD Ameritrade and get access to a range of investment and portfolio guidance solutions, plus powerful planning tools. Visit a nearby branch for your FREE Retirement Checkup. Or go to tdameritrade.com for more information.**

Trade Confirmations                                                      Page 1 of 1

**TD AMERITRADE**                    **DIVISION OF TD AMERITRADE INC**         
                                                   **PO BOX 2209**
                                            **OMAHA, NE 68103-2209**
                                              **Confirmation Notice**

KATE SONG ROTH IRA
TD AMERITRADE INC CUSTODIAN

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative |
|---|---|---|---|---|
| | | 07359467406 | 5 | EE |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Fees** | **Sales Fee** |
| YOU BOUGHT | 100 | 06738E204 | 13.6482 | 1,364.82 | | |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission** | | **Net Amount** |
| | 07/19/2011 | 07/22/2011 | | 9.99 | | 1,374.81 |
| **Symbol** | | | **Trade Description** | | | |
| BCS | BARCLAYS PLC ADR | | | | | |

**THIS IS AN UNSOLICITED TRADE**

**LEARN HOW TO MAKE MORE EDUCATED INVESTING DECISIONS, WHATEVER YOUR LEVEL
OF EXPERIENCE: ATTEND OUR FREE IN-DEPTH WORKSHOPS, COMING TO YOUR AREA.
SIGN UP NOW AT TDAMERITRADE.COM/WORKSHOP.**

**TD AMERITRADE**

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**
**Confirmation Notice**



**KATE SONG ROTH IRA**
**TD AMERITRADE INC CUSTODIAN**

| Account Number | Other Information | Transaction Number | Capacity Codes | Your Representative | | |
|---|---|---|---|---|---|---|
| | | 07578950273 | 5 | EE | | |
| **Activity** | **Quantity** | **CUSIP Number** | **Price** | **Principal Amount** | **Fees** | **Reg Fee** |
| YOU SOLD | 302 | 06738E204 | 9.4918 | 2,866.52 | | 0.06 |
| **As of Trade Date** | **Trade Date** | **Settlement Date** | **Interest** | **Commission** | | **Net Amount** |
| | 09/26/2011 | 09/29/2011 | | 9.99 | | 2,856.47 |
| **Symbol** | | | **Trade Description** | | | |
| BCS | BARCLAYS PLC ADR | | | | | |

**YOUR COST BASIS METHODOLOGY FOR COVERED CLOSING TRANSACTIONS HAS BEEN APPLIED**
**THIS IS AN UNSOLICITED TRADE**

**LEARN HOW TO MAKE MORE EDUCATED INVESTING DECISIONS, WHATEVER YOUR LEVEL**
**OF EXPERIENCE: ATTEND OUR FREE IN-DEPTH WORKSHOPS, COMING TO YOUR AREA.**
**SIGN UP NOW AT TDAMERITRADE.COM/WORKSHOP.**

**TD AMERITRADE**

**DIVISION OF TD AMERITRADE INC**
**PO BOX 2209**
**OMAHA, NE 68103-2209**
**Confirmation Notice**



**KATE SONG ROTH IRA**
**TD AMERITRADE INC CUSTODIAN**

| Account Number | Other Information | Transaction Number 07580284273 | Capacity Codes 6 | Your Representative EE | | |
|---|---|---|---|---|---|---|
| **Activity** YOU SOLD | **Quantity** 0.924 | **CUSIP Number** 06738E204 | **Price** 9.49 | **Principal Amount** 8.77 | **Fees** | **Reg Fee** 0.00 |
| **As of Trade Date** | **Trade Date** 09/26/2011 | **Settlement Date** 09/27/2011 | **Interest** | **Commission** | **Net Amount** 8.77 | |
| **Symbol** BCS | BARCLAYS PLC ADR | **Trade Description** | | | | |

**YOUR COST BASIS METHODOLOGY FOR COVERED CLOSING TRANSACTIONS HAS BEEN APPLIED**
**THIS IS AN UNSOLICITED TRADE**

**LEARN HOW TO MAKE MORE EDUCATED INVESTING DECISIONS, WHATEVER YOUR LEVEL**
**OF EXPERIENCE: ATTEND OUR FREE IN-DEPTH WORKSHOPS, COMING TO YOUR AREA.**
**SIGN UP NOW AT TDAMERITRADE.COM/WORKSHOP.**



*BARCLAYS-
EXCL00004*

RECEIVED *EC*

FEB 0 1 2016

CLAIMS CENTER

# Exclusion Cover Page

**Case Name:** Barclays PLC Securities Litigation

**Case Code:** BARCLAYS

**Exclusion Deadline:** February 22, 2016 (Postmark Date)

**Name of Person Filing Exclusion:** George L. Monto

January 27, 2016

Exclusion of myself from Settlement
Class of Carpenters Trust Fund of St. Louis
V. Barclays PLC Civil Action No. 1:12-cv
-05329-SAS (S.D.N.Y.) my self

Information:
    name George L. Monto
    address: ████████████████████
    Tel. ████████        ████████
    Ads. purchesed ADS Aquired; Hewlett-Packard
    company HPG. - 1-12-10 $5296.65
    Sold of same """ $1,129.47 Loss - $4,167.18
    on 1-20-12.

I, George L. Monto wish to be excluded
    from the class, This day - January 27, '16
    [exclusive deadline Feb. 22, 2016.

        Sincerely
        George L. Monto
        George L. Monto

    Enclosed - copy of purchase + sale
        of HPG,



**GEORGE L MONTO**
**TOD REGISTRATION**

**NOVEMBER 1 - NOVEMBER 30, 2012**
**ACCOUNT NUMBER:**

## Realized Gain/Loss Detail

### Long term

| DESCRIPTION | QUANTITY | ADJ PRICE/ ORIG PRICE | DATE ACQUIRED | CLOSE DATE | PROCEEDS | ADJ COST/ ORIG COST | GAIN/LOSS |
|---|---|---|---|---|---|---|---|
| DOLE FOOD CO INC CUSIP 256603101 | 100.00000 | 12.4500 | 10/23/09nc | 11/27/12 | 1,040.98 | 1,305.00 | -264.02 |
| HEWLETT-PACKARD COMPANY CUSIP 42236103 | 100.00000 | 51.9685 | 01/12/10nc | 11/20/12 | 1,129.47 | 5,296.65 | -4,167.18 |
| Total Long term | | | | | $2,170.45 | $6,601.65 | -$4,431.20 |

nc Cost information for this lot is not covered by IRS reporting requirements. Unless indicated, cost for all other lots will be reported to the IRS.

Note: $
Loss $4,167.18
of value



PORTLAND OR

28 JAN 2016 PM 1

George L. Morto

Barclays Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040



RECEIVED

FEB 01 2016

CLAIMS CENTER

**BARCLAYS**



*BARCLAYS-
EXCL00005*

RECEIVED *EC*

FEB. 0 5 2016

CLAIMS CENTER

# Exclusion Cover Page

Case Name: Barclays PLC Securities Litigation

Case Code: BARCLAYS

Exclusion Deadline: February 22, 2016 (Postmark Date)

Name of Person Filing Exclusion: Mark Adams

Dear (self-centered) Lawyers,

I understand what you are doing:

You find a legal technicality that really doesn't amount to much — until you multiply it times thousands (millions) of people.

Then you get the company to pay for their "mistake".

Then you promise each "victum" some money. (often a few dollars)

Then you get "millions".

So, it sucks for us (the victums), and it pays off BIG for you!

I do NOT want to participate in your greedy scheme!

F--- You !!!!

Sincerely,
Mark Adams

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

—————————————————————— x
CARPENTERS PENSION TRUST FUND OF ST.   :    Civil Action No. 1:12-cv-05329-SAS
LOUIS, et al., Individually and on Behalf of All  :
Others Similarly Situated,                  :    CLASS ACTION
                             Plaintiffs,  :
                                          : 
    vs.                              :
                                        :
BARCLAYS PLC, et al.,                    :
                                        :
                         Defendants.  :
—————————————————————— x

### PROOF OF CLAIM AND RELEASE

#### I.    GENERAL INSTRUCTIONS

1.     To recover as a Class Member based on your claims in the action entitled *Carpenters Pension Trust Fund of St. Louis v. Barclays PLC*, Civil Action No. 1:12-cv-05325-SAS (S.D.N.Y.) (the "Litigation"), you must complete and, on page 5 hereof, sign this Proof of Claim and Release ("Proof of Claim Form"). If you fail to submit a properly addressed (as set forth in paragraph 3 below) Proof of Claim Form, postmarked or received by the date shown below, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement of the Litigation.[1]

2.     Submission of this Proof of Claim Form, however, does not assure that you will share in the proceeds of the Settlement of the Litigation.

3.     **YOU MUST MAIL OR SUBMIT ONLINE YOUR COMPLETED AND SIGNED PROOF OF CLAIM FORM, ACCOMPANIED BY COPIES OF THE DOCUMENTS REQUESTED HEREIN, ON OR BEFORE MARCH 21, 2016, ADDRESSED AS FOLLOWS:**

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040
Online Submissions: www.barclayssecuritieslitigation.com

If you are NOT a Class Member, as defined in the Notice of Proposed Settlement of Class Action (the "Notice"), DO NOT submit a Proof of Claim Form.

4.     If you are a Class Member and you do not timely request exclusion in connection with the proposed Settlement, you will be bound by the terms of any judgment entered in the Litigation, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM FORM.

#### II.    CLAIMANT IDENTIFICATION

If you purchased or otherwise acquired American Depositary Shares ("ADS") of Barclays PLC ("Barclays") during the period between July 10, 2007 and June 27, 2012, inclusive, use Part I of this form entitled "Claimant Identification" to list the claimant name, mailing address, and account information if relevant (such as for a claim submitted on behalf of an IRA, Trust, or estate account). Please list the most current claimant or account name as you would like the information to appear on the check, if eligible for payment. Please also provide a telephone number and/or e-mail address, as the Claims Administrator may need to contact you with questions about the claim submitted. If your Claimant Identification information changes, please notify the Claims Administrator in writing at the address above.

All joint purchasers and acquirers must sign this claim. If you are acting in a representative capacity on behalf of a Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents or other documents which provide you with the authority to submit the claim. Please also indicate your representative capacity under your signature on page 5 of this claim form.

---

[1]     Unless otherwise stated, all capitalized terms used herein shall have the same meanings as set forth in the Stipulation of Settlement filed with the Court.

1

NOTICE REGARDING ELECTRONIC FILES: Certain claimants with large numbers of transactions may request to, or may be requested to, submit information regarding their transactions in electronic files. If you have a large number of transactions and wish to file your claim electronically, you must contact the Claims Administrator at 1-844-535-0113 to obtain the required file layout.

### III.    CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Barclays American Depositary Shares" to supply all required details of your transaction(s) in Barclays ADS. If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form. Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your purchases or acquisitions and *all* of your sales of Barclays ADS between July 10, 2007 and September 25, 2012, inclusive, whether such transactions resulted in a profit or a loss. You must also provide all of the requested information with respect to *all* Barclays ADS that you held at the close of trading on July 9, 2007, June 27, 2012, and September 25, 2012. Failure to report all such transactions may result in the rejection of your claim.

List these transactions separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of Barclays ADS. The date of a "short sale" is deemed to be the date of sale of Barclays ADS.

For each transaction, copies of stockbroker confirmation slips, stockbroker statements, or other documents evidencing your transactions in Barclays ADS should be attached to your claim. If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim. Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.



Mark Adams

SHREVEPORT LA 735

02 FEB 2016 PM 3 L

*forever / USA*

RECEIVED

FEB 0 5 2016

C AIMS CENTER

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

**BARCLAYS**



RECEIVED *EC*

FEB. 1 0 2016 ...

CLAIMS CENTER

# Exclusion Cover Page

Case Name: Barclays PLC Securities Litigation

Case Code:  BARCLAYS

Exclusion Deadline: February 22, 2016 (Postmark Date)

Name of Person Filing Exclusion:  Gordon Sheppard

Gordon Sheppard



February 6, 2016

Barclays Securities Litigation
Claims Administrator
c/o Gilardi & Co LLC
PO Box 8040
San Rafael, CA 94912-8040

RE:   Carpenters Pension Trust Fund of St. Louis v. Barclays PLC,
      Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y.)

Claims Administrator:

Please exclude me as a member of the Class in the above referenced settlement. My name, address, and
phone number are at the top of this letter. The requested information on the Barclays ADS purchased
and sold are below.

| Date | Number of Shares | Amount Per Share | Cost | Type |
|---|---|---|---|---|
| | | | | |
| 7/25/2008 | 12 | 23.059167 | 276.710004 | Purchase |
| 3/4/2009 | -27 | 4.909259 | -132.549993 | Sale |
| 7/16/2009 | -15 | 20.724667 | -310.870005 | Sale |
| 11/16/2009 | 16 | 21.925 | 350.8 | Purchase |
| 3/18/2010 | 13 | 21.686923 | 281.929999 | Purchase |
| 8/20/2010 | -58 | 19.713621 | -1143.390018 | Sale |

Sincerely,

Gordon Sheppard



Gordon & Pam Sheppard

RECEIVED
FEB 10 2016
CLAIMS CENTER

SAN JOSE CA 950

08 FEB 2016 PM 4 L

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

**BARCLAYS**



*BARCLAYS-
EXCL00007*

RECEIVED EC

FEB 16 2016

CLAIMS CENTER

# Exclusion Cover Page

**Case Name:** Barclays PLC Securities Litigation

**Case Code:** BARCLAYS

**Exclusion Deadline:** February 22, 2016 (Postmark Date)

**Name of Person Filing Exclusion:** Debra Galambos

February 6, 2016

To Whom it may Concern:

I want to be excluded from the Class in

Carpenters Pension Trust Fund of St Louis v. Barclays PLC,
Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y.)

My name is :

Debra Galambos



The following is what was purchased, acquired and/or sold between July 10, 2007
And June 27, 2012, inclusive:

Barclays PLC – SOLD March 11, 2009  35 shares @ $3.38 = $152.00

Please exclude me from the above Class Action

Thank you,

*Ω. Galambos.*

Debra Galambos



SAN FRANCISCO CA 920

13 FEB 2016 PM 7 T

3927 72E

RECEIVED

FEB 1 6 2016

CLAIMS CENTER



*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

**BARCLAYS**



RECEIVED EC

FEB 22 2016

CLAIMS CENTER



*BARCLAYS-
EXCL00008*

# Exclusion Cover Page

**Case Name:** Barclays PLC Securities Litigation

**Case Code:  BARCLAYS**

**Exclusion Deadline:** February 22, 2016 (Postmark Date)

**Name of Person Filing Exclusion:  Suzzette Solano**
                                    **Scott C. Durland JT TEN**

**From:  Suzzette Solano**
        **Scott C Durland JT TEN**

**TO:**       Barclays Securities Litigation
             Claims Administrator
             c/o Gilardi & Co. LLC
             P.O. Box 8040
             San Rafael, CA 94912-8040

**PURPOSE:** To exclude Suzette Solano and Scott C Durland JT TEN from the Class in Carpenters
Pension Trust Fund of St. Louis v. Barclays PLC, Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y.).

Dear Claims Administrator,

We exclude ourselves, Suzzette Solano and Scott C Durland, from the Class in Carpenters
Pension Trust Fund of St. Louis v. Barclays PLC, Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y.).

Below is the information required to be excluded from the Class mentioned above:

  (a) Names:              Suzzette Solano and Scott C Durland JT TEN;
  (b) Address:
  (c) Telephone number:
  (d) Amount of Barclays ADS purchased, acquired and/or sold between July 10, 2007 and
      June 27, 2012, inclusive; prices paid or received for such Barclays ADS;  the date of each
      purchase, acquisition or sale transaction;

| Date | Settlement Date | Symbol | Description | Commission Fees | Interest | Amount |
|------|-----------------|--------|-------------|-----------------|----------|--------|
| 8/3/2009 | 8/6/2009 | BCS | SOLD 100 SHARES OF BCS AT $22.25 | ($7.06) | 0.00 | $2,217.94 |
| 11/18/2008 | 11/21/2008 | BCS | BOUGHT 100 SHARES OF BCS AT $8.56 | ($7.06) | 0.00 | ($863.00) |

  (e) A statement that we wish to be excluded from the Class:
      a.  We, Suzzette Solano and Scott C Durland JT TEN, wish to be excluded from the
          Class in Carpenters Pension Trust Fund of St. Louis v. Barclays PLC, Civil Action
          No. 1:12-cv-05329-SAS (S.D.N.Y.).
      b.  This letter is signed, mailed and postmarked no later than February 22, 2016

Signed and Dated:

Suzzette Solano          16 Feb2016          Scott C Durland          16 Feb 2016
                         Date                                         Date



JACKSONVILLE FL 320

17 FEB 2016 PM 4 L

RECEIVED

FEB 2 2 2016

CLAIMS CENTER

Suzette Solano

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

94912-8040  B900

**BARCLAYS**



*BARCLAYS-EXCL00009*

RECEIVED EC

FEB 2 3 2016

CLAIMS CENTER

# Exclusion Cover Page

**Case Name: Barclays PLC Securities Litigation**

**Case Code:  BARCLAYS**

**Exclusion Deadline: February 22, 2016 (Postmark Date)**

**Name of Person Filing Exclusion:  Jonathan Hearn**

**Jonathan Hearn**



**February 20, 2016**

**Barclays Securities Litigation**
**Claims Administrator**
**c/o Gilardi & Co. LLC**
**P.O. Box 8040**
**San Rafael, CA 94912-8040**

To whom it may concern,

This letter is a request to exclude me from the Class in *Carpenters Pension Trust Fund of St. Louis v. Barclays PLC,* Civil Action No. 1:12-cv-05329-SAS (S.D.N.Y). I wish to be completely excluded from any further involvement in the Civil Action.

Sincerely,

**Jonathan Hearn**



BOSTON MA 021

20 FEB 2016 PM 8 1

FOREVER USA

RECEIVED

FEB 2 3 2016

CLAIMS CENTER

Jonathan Hearn

*Barclays Securities Litigation*
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA  94912-8040

BARCLAYS



RECEIVED EC

FEB 29 2016

CLAIMS CENTER

# Exclusion Cover Page

**Case Name:** Barclays PLC Securities Litigation

**Case Code:  BARCLAYS**

**Exclusion Deadline:** February 22, 2016 (Postmark Date)

**Name of Person Filing Exclusion:  Guy Johnson**

Barclays Securities Litigation

Claims Administrator

c/o Gilardi & Co. LLC

P.O. Box 8040

San Rafael, CA 94912-8040

10th February 2016

Sir, Madam,

Ref: *"Carpenters Pension Trust Fund of St. Louis v. Barclays PLC", Civil Action. 1:12-cv-05329-SAS (S.D.N.Y)*

Please exclude me from the Class in the above-mentioned civil action.

My details are as follows:

Name: Guy Johnson

Address: ███████████████████████████████████████

Telephone No.: ████████████

Shares- Date acquired, Qty, Price paid: 2012-24-02 (US) 60 shares @ S15.6598

Shares-Date Sold, Qty, Price received: 2012-10-04 (US) 60 shares @ $13.1301

Regards,

Guy Johnson

Place
Stamp
Here

RECEIVED

FEB 29 2016

CLAIMS CENTER

Q-POST   DOHA GPO

R

RR212690232QA

Barclays Securities Litigation
Claims Administrator
c/o Gilardi & Co. LLC
P.O. Box 8040
San Rafael, CA 94912-8040

U . S . A .



BARCLAYS