UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/16

---------------------------------------x
CARPENTERS PENSION TRUST FUND OF : Civil Action No. 1:12-cv-05329-SAS
ST. LOUIS, et al., Individually and on Behalf :
of All Others Similarly Situated, : CLASS ACTION
:
Plaintiffs, : [PROPOSED] ORDER APPROVING PLAN
: OF ALLOCATION
vs. :
:
BARCLAYS PLC, et al., :
:
Defendants. :
:
---------------------------------------x

1122986_1

This matter having come before the Court on March 14, 2016, on Class Representatives' Motion for Final Approval of Settlement and Plan of Allocation of Settlement Proceeds ("Final Approval Motion") in the above-captioned action; the Court having considered all papers filed and proceedings had herein and otherwise being fully informed in the premises and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. For purposes of this Order, the terms used herein shall have the same meanings as set forth in the Stipulation of Settlement filed with the Court and the Memorandum of Law in Support of the Final Approval Motion submitted in support thereof. *See* Dkt. Nos. 198, 203.

2. Pursuant to and in full compliance with Rule 23 of the Federal Rules of Civil Procedure, this Court hereby finds and concludes that due and adequate notice was directed to all persons who are Class Members who could be identified with reasonable effort, advising them of the Plan of Allocation and of their right to object thereto, and a full and fair opportunity was accorded to all Class Members to be heard with respect to the Plan of Allocation.

3. The Court hereby finds and concludes that the process by which the Net Settlement Fund will be distributed to Authorized Claimants, which is set forth in the Notice sent to Class Members, provides a fair and reasonable basis upon which to allocate the proceeds of the Net Settlement Fund established by the Stipulation of Settlement among Class Members, with due consideration having been given to administrative convenience and necessity.

4. The Court hereby finds and concludes that the Plan of Allocation as set forth in the Notice, is, in all respects, fair and reasonable and the Court hereby approves the Plan of Allocation.

IT IS SO ORDERED.

DATED: March 14, 2016

THE HONORABLE SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE